# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| Olga Bachilova | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:19-cv-00174-JJM-LDA |
| The Preservation Society of Newport County | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Preservation Society of Newport County
c/o: Agent for Service, William W. Corcoran, Esq.
43 Memorial Boulevard, Second Floor
Newport, RI  02840

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   V. Edward Formisano, Esq.
Formisano & Company, P.C.
100 Midway Place, Ste. 1
Cranston, RI  02920
(401) 944-9691-Telephone
(401) 944-9695-Facsimile

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date **April 04, 2019**                                      **/s/ Hanorah Tyer-Witek**
                                                                              **Clerk of Court**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-00174-JJM-LDA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Preservation Society of Newport**
was received by me on *(date)* **4-9-19**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **William W. Corcoran, Esq.**, who is designated by law to accept service of process on behalf of *(name of organization)* **Reg. Agent**
   **William W. Corcoran** on *(date)* **4-9-19 @ 2:45 PM**; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **45** for travel and $ **9** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **4-9-19 @ 2:45 PM**

_____
Server's signature

**Dennis Martel, Process Server**
Printed name and title

**68 2nd Pt Rd**
**Warwick, R.I. 02889**
Server's address

Additional information regarding attempted service, etc:

Print   Save As...   Reset